UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Robin L. Simmons

Case No.: 17-26497
Chapter: 7
Judge: ABA

## NOTICE OF PROPOSED ABANDONMENT

__Brian S. Thomas__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Mitchell H. Cohen US Courthouse<br>401 Market Street<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __12/12/17__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 3612 Bayshore Avenue<br>Brigantine, NJ<br>Value $384,183.00 |
|---|---|

| Liens on property: | Bayview Financial<br>$459,733.00 |
|---|---|

| Amount of equity claimed as exempt: | |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Brian S. Thomas, Chapter 7 Trustee
Address: 327 Central Avenue, Suite 103, Linwood, NJ 08221
Telephone No.: 609-601-6066

*rev.8/1/15*

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                          Case No. 17-26497-ABA
Robin L. Simmons                                                Chapter 7
        Debtor                    CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Nov 07, 2017
                              Form ID: pdf905          Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2017.
db            +Robin L. Simmons,    3612 Bayshore Avenue,    Brigantine, NJ 08203-1526
517002514     +ARMC Anesthesiologists,    PO Box 8500-1521,    Philadelphia, PA 19178-0001
517002509     +Action Adjustment Services, Inc.,    519 Bristol Pike,    Croydon, PA 19021-5410
517002510     +Advanced Pathology Lab,    1015 New Road,    Northfield, NJ 08225-1600
517002511     +Apex Asset Management LLC,    2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601-4890
517002521      AtlantiCare Regional Medical Center,    P.O. Box 8500-1266,    Philadelphia, PA 19178-1266
517002522      AtlantiCare Regional Medical Center-Anes,    P.O. Box 8500-1266,    Philadelphia, PA 19178-1266
517002516     +Atlantic County Sheriff's Office,    4997 Unami Boulevard,    Mays Landing, NJ 08330-2017
517002517     +Atlantic Gastroenterology,    3205 Fire Road,    Suite 4,    Egg Harbor Township, NJ 08234-5884
517002518      Atlantic Medical Imaging, LLC,    P.O. Box 1149,    Mount Laurel, NJ 08054-7149
517002529      C&H Collection Services, Inc.,    P.O. Box 1399,    Merchantville, NJ 08109-0399
517002531      Capital One/Kohls,    Attn: Bankruptcy Department,    P.O. Box 30285,
                Salt Lake City, UT 84130-0285
517002532     +Citi Cards, N.A.,    Attn: Centralized Bankruptcy,    P.O. Box 790040,
                Saint Louis, MO 63179-0040
517002533      Comenity Bank/Boscov's,    Bankruptcy Department,    P.O. Box 182125,    Columbus, OH 43218-2125
517002534     +Complete Collection Service,    1007 North Federal Highway,    #280,
                Fort Lauderdale, FL 33304-1422
517002536     +Cooper Oral & Maxillofacial SG,    Two Plaza Drive,    Bunker Hill Plaza,
                Hurffville-Crosskeys Road, Suite 203,    Sewell, NJ 08080-9207
517002537      Cooper University Health Care,    P.O. 95000-4345,    Philadelphia, PA 19195-4345
517002540     +Cooper University Hospital,    4500 Salisbury Road,    Suite 460,    Jacksonville, FL 32216-0954
517002541      Cooper University Physicians,    P.O. Box 95000-4345,    Philadelphia, PA 19195-4345
517002542     +Dr. Mark R. Menaquale, DPM,    310 Jackson Road,    Atco, NJ 08004-1604
517002543      Genpact Services LLC,    P.O. Box 1969,    Southgate, MI 48195-0969
517002545     +KML Law Group, PC,    216 Haddon Avenue,    Suite 406,    Collingswood, NJ 08108-2812
517002544     +Kearney, Burns & Martone,    210 White Horse Pike,    Haddon Heights, NJ 08035-1759
517002548      Penn Medicine,    P.O. Box 824406,    Philadelphia, PA 19182-4406
517002549     +Penn Medicine/Presbyteria Hospital,    1500 Market Street,    UM 600,
                Philadelphia, PA 19102-2157
517002550      Pressler and Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517002551     +Progressive Financial Services, Inc.,    P.O. Box 41309,    Nashville, TN 37204-1309
517002552     +Rickart Collection Systems, Inc.,    575 Milltown Road,    P.O. Box 7242,
                North Brunswick, NJ 08902-7242
517002555     +Selip & Stylianou, LLP,    10 Forest Avenue,    P.O. Box 914,    Paramus, NJ 07653-0914
517002556     +Seterus, Inc,    14523 Sw Millikan Way St,    Beavertton, OR 97005-2352
517002557     +South Jersey ENT Surgical Associates,    2106 New Road,    Suite C-9,    Linwood, NJ 08221-1049
517002558     +Superior Court of New Jersey,    Atlantic County,    1201 Bacharach Blvd.,
                Atlantic City, NJ 08401-4526
517002564     +Transworld Systems, Inc.,    P.O. Box 17221,    Wilmington, DE 19850-7221

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 07 2017 22:32:35      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 07 2017 22:32:31      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517002524     +E-mail/Text: maria.herron@atlanticare.org Nov 07 2017 22:32:37      AtlantiCare Surgery Center,
                2500 English Creek Avenue,    Egg Harbor Township, NJ 08234-5549
517002526     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 07 2017 22:32:57
                Bayview Financial Loan,    Attn: Customer Service Dept,    4425 Ponce De Leon Blvd, 5th Floor,
                Miami, FL 33146-1873
517002527     +E-mail/Text: banko@berkscredit.com Nov 07 2017 22:32:10      Berks Credit and Collections, Inc.*,
                P.O. Box 329,    Temple, PA 19560-0329
517002546     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 07 2017 22:32:30      Midland Credit Management,
                8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
517002547     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 07 2017 22:32:30      Midland Funding LLC,
                8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
517007095     +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2017 22:29:44      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517002561     +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2017 22:30:10      Synchrony Bank/Care Credit,
                Attn: Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
517002562      E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2017 22:30:10      Synchrony Bank/Lowe's,
                Attn: Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
517002563      E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2017 22:29:44      Synchrony Bank/Sams Club,
                Attn: Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-1              User: admin              Page 2 of 2                Date Rcvd: Nov 07, 2017
                                  Form ID: pdf905          Total Noticed: 44

517002515*        +ARMC Anesthesiologists,   PO Box 8500-1521,    Philadelphia, PA 19178-0001
517002513*        +Apex Asset Management LLC*,    2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601-4890
517002512*        +Apex Asset Management LLC*,    2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601-4890
517002523*         AtlantiCare Regional Medical Center-Anes,    P.O. Box 8500-1266,    Philadelphia, PA 19178-1266
517002525*        +AtlantiCare Surgery Center,    2500 English Creek Avenue,    Egg Harbor Township, NJ 08234-5549
517002519*         Atlantic Medical Imaging, LLC,    P.O. Box 1149,    Mount Laurel, NJ 08054-7149
517002520*         Atlantic Medical Imaging, LLC,    P.O. Box 1149,    Mount Laurel, NJ 08054-7149
517002528*        +Berks Credit and Collections, Inc.*,    P.O. Box 329,    Temple, PA 19560-0329
517002530*         C&H Collection Services, Inc.,    P.O. Box 1399,    Merchantville, NJ 08109-0399
517002535*        +Complete Collection Service,    1007 North Federal Highway,    #280,
                   Fort Lauderdale, FL 33304-1422
517002538*         Cooper University Health Care,    P.O. 95000-4345,    Philadelphia, PA 19195-4345
517002539*         Cooper University Health Care,    P.O. 95000-4345,    Philadelphia, PA 19195-4345
517002553*        +Rickart Collection Systems, Inc.*,    575 Milltown Road,    P.O. Box 7242,
                   North Brunswick, NJ 08902-7242
517002554*        +Rickart Collection Systems, Inc.*,    575 Milltown Road,    P.O. Box 7242,
                   North Brunswick, NJ 08902-7242
517002559*        +Superior Court of New Jersey,    Atlantic County,    1201 Bacharach Blvd.,
                   Atlantic City, NJ 08401-4526
517002560*        +Superior Court of New Jersey,    Atlantic County,    1201 Bacharach Blvd.,
                   Atlantic City, NJ 08401-4526
                                                                                        TOTALS: 0, * 16, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2017 at the address(es) listed below:
              Brian   Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian   Thomas    brian@brianthomaslaw.com,    bthomas@ecf.epiqsystems.com
              Denise E. Carlon    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Ernest A. Aponte    on behalf of Debtor Robin L. Simmons ernestaaponte@justice.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```