**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robin L. Simmons<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–2160<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–26497–ABA | |

# Order of Discharge                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robin L. Simmons
aka Robin Lynn Simmons

<u>11/17/17</u>                                         **By the court:**  <u>Andrew B. Altenburg Jr.</u>
                                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                             Case No. 17-26497-ABA
Robin L. Simmons                                                   Chapter 7
          Debtor              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                  Page 1 of 2           Date Rcvd: Nov 17, 2017
                              Form ID: 318                 Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2017.
db             +Robin L. Simmons,    3612 Bayshore Avenue,    Brigantine, NJ 08203-1526
517002514      +ARMC Anesthesiologists,    PO Box 8500-1521,    Philadelphia, PA 19178-0001
517002509      +Action Adjustment Services, Inc.,    519 Bristol Pike,    Croydon, PA 19021-5410
517002510      +Advanced Pathology Lab,    1015 New Road,    Northfield, NJ 08225-1600
517002511      +Apex Asset Management LLC,    2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601-4890
517002521       AtlantiCare Regional Medical Center,    P.O. Box 8500-1266,    Philadelphia, PA 19178-1266
517002522       AtlantiCare Regional Medical Center-Anes,    P.O. Box 8500-1266,    Philadelphia, PA 19178-1266
517002516      +Atlantic County Sheriff's Office,    4997 Unami Boulevard,    Mays Landing, NJ 08330-2017
517002517      +Atlantic Gastroenterology,    3205 Fire Road,    Suite 4,    Egg Harbor Township, NJ 08234-5884
517002518       Atlantic Medical Imaging, LLC,    P.O. Box 1149,    Mount Laurel, NJ 08054-7149
517002529       C&H Collection Services, Inc.,    P.O. Box 1399,    Merchantville, NJ 08109-0399
517002531       Capital One/Kohls,    Attn: Bankruptcy Department,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
517002532      +Citi Cards, N.A.,    Attn: Centralized Bankruptcy,    P.O. Box 790040,
                 Saint Louis, MO 63179-0040
517002533       Comenity Bank/Boscov's,    Bankruptcy Department,    P.O. Box 182125,    Columbus, OH 43218-2125
517002534      +Complete Collection Service,    1007 North Federal Highway,    #280,
                 Fort Lauderdale, FL 33304-1422
517002536      +Cooper Oral & Maxillofacial SG,    Two Plaza Drive,    Bunker Hill Plaza,
                 Hurffville-Crosskeys Road, Suite 203,    Sewell, NJ 08080-9207
517002537       Cooper University Health Care,    P.O. 95000-4345,    Philadelphia, PA 19195-4345
517002540      +Cooper University Hospital,    4500 Salisbury Road,    Suite 460,    Jacksonville, FL 32216-0954
517002541       Cooper University Physicians,    P.O. Box 95000-4345,    Philadelphia, PA 19195-4345
517002542      +Dr. Mark R. Menaquale, DPM,    310 Jackson Road,    Atco, NJ 08004-1604
517002543       Genpact Services LLC,    P.O. Box 1969,    Southgate, MI 48195-0969
517002545      +KML Law Group, PC,    216 Haddon Avenue,    Suite 406,    Collingswood, NJ 08108-2812
517002544      +Kearney, Burns & Martone,    210 White Horse Pike,    Haddon Heights, NJ 08035-1759
517002548       Penn Medicine,    P.O. Box 824406,    Philadelphia, PA 19182-4406
517002549      +Penn Medicine/Presbyteria Hospital,    1500 Market Street,    UM 600,
                 Philadelphia, PA 19102-2157
517002550       Pressler and Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517002551      +Progressive Financial Services, Inc.,    P.O. Box 41309,    Nashville, TN 37204-1309
517002552      +Rickart Collection Systems, Inc.,    575 Milltown Road,    P.O. Box 7242,
                 North Brunswick, NJ 08902-7242
517002555      +Selip & Stylianou, LLP,    10 Forest Avenue,    P.O. Box 914,    Paramus, NJ 07653-0914
517002556      +Seterus, Inc,    14523 Sw Millikan Way St,    Beavertton, OR 97005-2352
517002557      +South Jersey ENT Surgical Associates,    2106 New Road,    Suite C-9,    Linwood, NJ 08221-1049
517002558      +Superior Court of New Jersey,    Atlantic County,    1201 Bacharach Blvd.,
                 Atlantic City, NJ 08401-4526
517002564      +Transworld Systems, Inc.,    P.O. Box 17221,    Wilmington, DE 19850-7221

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QBTHOMAS.COM Nov 17 2017 23:18:00     Brian Thomas,    Brian Thomas, Esq,
                 327 Central Avenue,    Suite 103,    Linwood, NJ 08221-2026
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 17 2017 23:30:37     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 17 2017 23:30:33     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517002524      +E-mail/Text: maria.herron@atlanticare.org Nov 17 2017 23:30:40     AtlantiCare Surgery Center,
                 2500 English Creek Avenue,    Egg Harbor Township, NJ 08234-5549
517002526      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 17 2017 23:31:06
                 Bayview Financial Loan,    Attn: Customer Service Dept,    4425 Ponce De Leon Blvd, 5th Floor,
                 Miami, FL 33146-1873
517002527      +E-mail/Text: banko@berkscredit.com Nov 17 2017 23:30:16     Berks Credit and Collections, Inc.*,
                 P.O. Box 329,    Temple, PA 19560-0329
517002546      +EDI: MID8.COM Nov 17 2017 23:18:00     Midland Credit Management,    8875 Aero Drive,
                 Suite 200,    San Diego, CA 92123-2255
517002547      +EDI: MID8.COM Nov 17 2017 23:18:00     Midland Funding LLC,    8875 Aero Drive,    Suite 200,
                 San Diego, CA 92123-2255
517007095      +EDI: RMSC.COM Nov 17 2017 23:19:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517002561      +EDI: RMSC.COM Nov 17 2017 23:19:00     Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
517002562       EDI: RMSC.COM Nov 17 2017 23:19:00     Synchrony Bank/Lowe's,    Attn: Bankruptcy Department,
                 P.O. Box 965060,    Orlando, FL 32896-5060
517002563       EDI: RMSC.COM Nov 17 2017 23:19:00     Synchrony Bank/Sams Club,    Attn: Bankruptcy Department,
                 P.O. Box 965060,    Orlando, FL 32896-5060
                                                                                                TOTAL: 12
```

```
District/off: 0312-1          User: admin              Page 2 of 2             Date Rcvd: Nov 17, 2017
                              Form ID: 318             Total Noticed: 45

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Brian Thomas,   Brian Thomas, Esq,   327 Central Avenue,   Suite 103,   Linwood, NJ 08221-2026
517002515*     +ARMC Anesthesiologists,    PO Box 8500-1521,   Philadelphia, PA 19178-0001
517002512*     +Apex Asset Management LLC*,    2501 Oregon Pike,   Suite 102,   Lancaster, PA 17601-4890
517002513*     +Apex Asset Management LLC*,    2501 Oregon Pike,   Suite 102,   Lancaster, PA 17601-4890
517002523*      AtlantiCare Regional Medical Center-Anes,   P.O. Box 8500-1266,   Philadelphia, PA 19178-1266
517002525*     +AtlantiCare Surgery Center,   2500 English Creek Avenue,   Egg Harbor Township, NJ 08234-5549
517002519*      Atlantic Medical Imaging, LLC,   P.O. Box 1149,   Mount Laurel, NJ 08054-7149
517002520*      Atlantic Medical Imaging, LLC,   P.O. Box 1149,   Mount Laurel, NJ 08054-7149
517002528*     +Berks Credit and Collections, Inc.*,   P.O. Box 329,   Temple, PA 19560-0329
517002530*      C&H Collection Services, Inc.,   P.O. Box 1399,   Merchantville, NJ 08109-0399
517002535*     +Complete Collection Service,   1007 North Federal Highway,   #280,
                 Fort Lauderdale, FL 33304-1422
517002538*      Cooper University Health Care,   P.O. 95000-4345,   Philadelphia, PA 19195-4345
517002539*      Cooper University Health Care,   P.O. 95000-4345,   Philadelphia, PA 19195-4345
517002553*     +Rickart Collection Systems, Inc.*,   575 Milltown Road,   P.O. Box 7242,
                 North Brunswick, NJ 08902-7242
517002554*     +Rickart Collection Systems, Inc.*,   575 Milltown Road,   P.O. Box 7242,
                 North Brunswick, NJ 08902-7242
517002559*     +Superior Court of New Jersey,   Atlantic County,   1201 Bacharach Blvd.,
                 Atlantic City, NJ 08401-4526
517002560*     +Superior Court of New Jersey,   Atlantic County,   1201 Bacharach Blvd.,
                 Atlantic City, NJ 08401-4526
                                                                                    TOTALS: 0, * 17, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2017 at the address(es) listed below:
              Brian   Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian   Thomas    brian@brianthomaslaw.com,   bthomas@ecf.epiqsystems.com
              Denise E. Carlon    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Ernest A. Aponte    on behalf of Debtor Robin L. Simmons ernestaaponte@justice.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```